MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
PHILLIP A. TALBERT
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR VALDEZ-SANTOS, ) <br> ) <br> Defendant. ) <br> _____) | CR NO. S-02-104 LKK <br><br><br> ORDER |

The Court having reviewed the Government's Motion for a Stay hereby enters the following orders:

IT IS HEREBY ORDERED THAT:

1. The Court's Order of May 12, 2005 is hereby stayed for a period of forty-five days;

2. Defendant Valdez-Santos is to remain in the custody of the United States Marshals Service, housed at the Sacramento County Jail, during that time, and shall not be released unless and until further order of Court; and

3. The Clerk is directed to serve a copy of this order on the Central District of California.

DATE: May 13, 2005

/s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
Senior Judge
United States District Court